Clerk's Office
Filed Date: 12/15/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JINZHU LI,

                               Plaintiff,

    v.

BIG BEAR TRUCKING CORPORATION,

                               Defendant.
-----------------------------------------------------------------X

JUDGMENT
21-CV-1455 (CBA) (LB)

       A Memorandum and Order of Honorable Carol B. Amon, United States District Judge, having been filed on December 14, 2021, granting Plaintiff's motion to dismiss without prejudice; it is

       ORDERED and ADJUDGED that Plaintiff's motion to dismiss without prejudice is granted.

Dated: Brooklyn, New York
          December 15, 2021

                                                Douglas C. Palmer
                                                Clerk of Court

                                    By:    */s/Jalitza Poveda*
                                                      Deputy Clerk